IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES DUNBAR and BETTY DUNBAR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:07-0928 |
| ) | |
| SCHRADER BRIDGEPORT ) | |
| INTERNATIONAL, INC., f/k/a SCHRADER ) | |
| AUTOMOTIVE, INC.; ALPER HOLDINGS ) | |
| U.S.A., INC.; WILLIAM ANDREWS, ) | |
| LEWIS EDWARD KILMARX, ) | |
| and JOHN DOE(S) 1-10; ) | |
| Defendants. | |

ORDER GRANTING VOLUNTARY DISMISSAL
AS TO DEFENDANT WILLIAM ANDREWS

Upon the notice of the Plaintiffs, pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure and for good cause shown, the Plaintiffs are granted a voluntary dismissal of this action as to Defendant William Andrews.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims in this matter are dismissed as to Defendant William Andrews.

_____
JUDGE

2-1-08
DATE